# EXHIBIT 6

| | | |
|---|---|---|
| Interest | | 12% |
| Compunding Periods per Year | | 1.00 |
| As of | | 4/27/2022 |
| Paydown | | 1,894,126 |

**608941 MEMBER LOAN**

| # | Member loan Amount | Date | Years | Interest (Compounded Annually) | Interest and Principal | Interest Payment | Paydown Balance | Principal Payment | Paydown Balance | Remaining Member Loan Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1,894,126 | | 1,645,845.97 | |
| 1 | 100,000.00 | 8/12/2020 | 1.7068 | 21,341 | 121,341 | 21,341 | 1,872,785 | 100,000 | 1,545,846 | - |
| 2 | 100,000.00 | 9/17/2020 | 1.6082 | 19,992 | 119,992 | 19,992 | 1,852,793 | 100,000 | 1,445,846 | - |
| 3 | 100,000.00 | 11/16/2020 | 1.4438 | 17,778 | 117,778 | 17,778 | 1,835,015 | 100,000 | 1,345,846 | - |
| 4 | 50,000.00 | 12/24/2020 | 1.3397 | 8,198 | 58,198 | 8,198 | 1,826,817 | 50,000 | 1,295,846 | - |
| 5 | 50,000.00 | 1/26/2021 | 1.2493 | 7,605 | 57,605 | 7,605 | 1,819,212 | 50,000 | 1,245,846 | - |
| 6 | 50,000.00 | 3/5/2021 | 1.1452 | 6,929 | 56,929 | 6,929 | 1,812,283 | 50,000 | 1,195,846 | - |
| 7 | 50,000.00 | 4/6/2021 | 1.0575 | 6,366 | 56,366 | 6,366 | 1,805,917 | 50,000 | 1,145,846 | - |
| 8 | 150,000.00 | 5/6/2021 | 0.9753 | 17,556 | 167,556 | 17,556 | 1,788,361 | 150,000 | 995,846 | - |
| 9 | 100,000.00 | 5/12/2021 | 0.9589 | 11,507 | 111,507 | 11,507 | 1,776,854 | 100,000 | 895,846 | - |
| 10 | 175,683.11 | 6/15/2021 | 0.8658 | 18,252 | 193,935 | 18,252 | 1,758,602 | 175,683 | 720,163 | - |
| 11 | 117,059.08 | 7/14/2021 | 0.7863 | 11,045 | 128,104 | 11,045 | 1,747,557 | 117,059 | 603,104 | - |
| 11 | 10,775.06 | 7/14/2021 | 0.7863 | 1,017 | 11,792 | 1,017 | 1,746,540 | 10,775 | 592,329 | - |
| 12 | 9,461.28 | 8/3/2021 | 0.7315 | 831 | 10,292 | 831 | 1,745,709 | 9,461 | 582,867 | - |
| 13 | 52,076.28 | 8/24/2021 | 0.6740 | 4,212 | 56,288 | 4,212 | 1,741,498 | 52,076 | 530,791 | - |
| 14 | 208,909.89 | 9/1/2021 | 0.6521 | 16,346 | 225,256 | 16,346 | 1,725,151 | 208,910 | 321,881 | - |
| 15 | 35,000.00 | 9/10/2021 | 0.6274 | 2,635 | 37,635 | 2,635 | 1,722,516 | 35,000 | 286,881 | - |
| 16 | 1,100,000.00 | 10/6/2021 | 0.5562 | 73,414 | 1,173,414 | 73,414 | 1,649,102 | 286,881 | - | 813,119 |
| 17 | 45,000.00 | 10/8/2021 | 0.5507 | 2,974 | 47,974 | 2,974 | 1,646,129 | - | - | 45,000 |
| 18 | 10,000.00 | 1/31/2022 | 0.2356 | 283 | 10,283 | 283 | 1,645,846 | - | - | 10,000 |
| Total | 2,513,964.70 | | | 248,280 | 2,762,245 | 248,280 | | 1,645,846 | | 868,119 |

| | | |
|---|---|---|
| Total Int and principal to date | 2,762,244.75 | |
| Paydown of interest | (248,280.05) | |
| Paydown of Principal | (1,645,845.97) | |
| Remaining | 868,118.73 | |

| | | | |
|---|---|---|---|
| ACH to 608941 | 1,500,000.00 | | 1,748,280.05 |
| Remainder to WW trust | 394,126.03 | | |
| total distributted | 1,894,126.03 | TRUE | 145,845.97 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 884,101.62 |
| Final payment re membe | 868,118.73 | 6/22/2022 | 0.1534 | 15,982.90 | 884,102 | 15,983 | 868,118.72 |