# EXHIBIT 8

# Bottini, Aishlinn

| | |
|---|---|
| **Subject:** | FW: Trawler/Arch/Penn Treaty Mezz Loan |
| **Attachments:** | image001.png; image001.png; image001.png; image002.gif; image003.png; image001.png; image002.gif; adjournment to 8_15 (2).DOCX |

Begin forwarded message:

> **From:** Michelle Miller <mmiller@archcre.com>
> **Date:** August 10, 2023 at 7:20:37 AM EDT
> **To:** Jared Chassen <jchassen@archcre.com>
> **Subject: Fwd: Trawler/Arch/Penn Treaty Mezz Loan**
>
>
> MICHELLE MILLER
> Partner | Arch Companies
> D  646.854.8551  | C  908.342.2355
> mmiller@archcre.com | archcorealestate.com
> 88 University Place, 2nd Floor, New York, NY 10003
>
>
> _PLEASE NOTE THAT OUR ADDRESS HAS CHANGED_
>
> Begin forwarded message:
>
>> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
>> **Date:** August 10, 2023 at 12:14:52 AM EDT
>> **To:** "Y. Scharf" <dscharf@morrisoncohen.com>, Michelle Miller <mmiller@archcre.com>
>> **Cc:** Adam Bailey <alb@alblawfirm.com>
>> **Subject: Fwd: Trawler/Arch/Penn Treaty Mezz Loan**
>>
>>
>> As mentioned previously, i can only sign this with a full indemnification, hold harmless, release from Oak and expanded to cover claims and legal if investors sue.
>>
>>
>> Jeffrey Simpson
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** Robert Hempstead <RHEMPSTEAD@sillscummis.com>

**Date:** August 9, 2023 at 4:30:51 PM EDT
**To:** Jeffrey Gaskill <jgaskill@sillscummis.com>, Michelle Miller <mmiller@archcre.com>, Brian Ashin <BAshin@kslaw.com>
**Cc:** SHauck@kelleydrye.com, Rich Spinelli <rspinelli@trawlercap.com>, Joseph Laderer <jladerer@trawlercap.com>, IbrahimD@gtlaw.com, Jeffrey Simpson <jsimpson@archcre.com>, pkurzweil@archcre.com, Josh Biel <jbiel@archcre.com>, Oren Evenhar <oe@evenhar.net>, "Y. David Scharf" <dscharf@morrisoncohen.com>, jmargolis@morrisoncohen.com, "Schwalb, Stephen" <Stephen.Schwalb@nmrk.com>, Matthew Mannion <mdmannion@jpandr.com>, "Rodriguez, Sandra M." <SRodriguez@kelleydrye.com>, "Hauck, Stephen G." <SHauck@kelleydrye.com>, rspinelli@thirdpointres.com, JLaderer@thirdpointres.com
**Subject: RE: Trawler/Arch/Penn Treaty Mezz Loan**

Please see the attached letter adjourning the sale to August 15th.

Bob Hempstead
973-643-5689 (o)
201-306-0575 (c)

---

**From:** Robert Hempstead
**Sent:** Thursday, August 3, 2023 2:33 PM
**To:** Jeffrey Gaskill <jgaskill@sillscummis.com>; Michelle Miller <mmiller@archcre.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; IbrahimD@gtlaw.com; jsimpson@archcre.com; pkurzweil@archcre.com; Josh Biel <jbiel@archcre.com>; Oren Evenhar <oe@evenhar.net>; Y. David Scharf <dscharf@morrisoncohen.com>; jmargolis@morrisoncohen.com; Schwalb, Stephen <Stephen.Schwalb@nmrk.com>; Matthew Mannion <mdmannion@jpandr.com>; Rodriguez, Sandra M. <SRodriguez@KelleyDrye.com>; Hauck, Stephen G. <SHauck@KelleyDrye.com>; rspinelli@thirdpointres.com; JLaderer@thirdpointres.com
**Subject:** RE: Trawler/Arch/Penn Treaty Mezz Loan

Please see the attached letter adjourning the sale to August 10th.

2

Bob Hempstead
973-643-5689 (o)
201-306-0575 (c)

**From:** Jeffrey Gaskill <jgaskill@sillscummis.com>
**Sent:** Thursday, July 27, 2023 10:31 AM
**To:** Robert Hempstead <RHEMPSTEAD@sillscummis.com>; Michelle Miller <mmiller@archcre.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; IbrahimD@gtlaw.com; jsimpson@archcre.com; pkurzweil@archcre.com; Josh Biel <jbiel@archcre.com>; Oren Evenhar <oe@evenhar.net>; Y. David Scharf <dscharf@morrisoncohen.com>; jmargolis@morrisoncohen.com; Schwalb, Stephen <Stephen.Schwalb@nmrk.com>; Matthew Mannion <mdmannion@jpandr.com>; Rodriguez, Sandra M. <SRodriguez@KelleyDrye.com>; Hauck, Stephen G. <SHauck@KelleyDrye.com>; rspinelli@thirdpointres.com; JLaderer@thirdpointres.com
**Subject:** RE: Trawler/Arch/Penn Treaty Mezz Loan

All - Please see the attached letter.

Jeff

**From:** Robert Hempstead <RHEMPSTEAD@sillscummis.com>
**Sent:** Wednesday, July 19, 2023 9:56 AM
**To:** Michelle Miller <mmiller@archcre.com>; Jeffrey Gaskill <jgaskill@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; IbrahimD@gtlaw.com; jsimpson@archcre.com; pkurzweil@archcre.com; Josh Biel <jbiel@archcre.com>; Oren Evenhar <oe@evenhar.net>; Y. David Scharf <dscharf@morrisoncohen.com>; jmargolis@morrisoncohen.com; Schwalb, Stephen <Stephen.Schwalb@nmrk.com>; Matthew Mannion <mdmannion@jpandr.com>; Rodriguez, Sandra M. <SRodriguez@KelleyDrye.com>; Hauck, Stephen G. <SHauck@KelleyDrye.com>; rspinelli@thirdpointres.com;

JLaderer@thirdpointres.com
**Subject:** RE: Trawler/Arch/Penn Treaty Mezz Loan

Please see the attached letter.

Thank you.

Bob Hempstead
973-643-5689 (o)
201-306-0575 (c)

---

**From:** Robert Hempstead
**Sent:** Tuesday, June 27, 2023 10:52 AM
**To:** Michelle Miller <mmiller@archcre.com>; Jeffrey Gaskill <jgaskill@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; IbrahimD@gtlaw.com; jsimpson@archcre.com; pkurzweil@archcre.com; Josh Biel <jbiel@archcre.com>; Oren Evenhar <oe@evenhar.net>; Y. David Scharf <dscharf@morrisoncohen.com>; jmargolis@morrisoncohen.com; Schwalb, Stephen <Stephen.Schwalb@nmrk.com>; Matthew Mannion <mdmannion@jpandr.com>; Rodriguez, Sandra M. <SRodriguez@KelleyDrye.com>
**Subject:** Trawler/Arch/Penn Treaty Mezz Loan

Please see the attached letter.

Thank you.

Bob Hempstead
973-643-5689 (o)
201-306-0575 (c)

---

**From:** Robert Hempstead
**Sent:** Monday, June 19, 2023 12:30 PM
**To:** Michelle Miller <mmiller@archcre.com>; Jeffrey Gaskill <jgaskill@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; IbrahimD@gtlaw.com; jsimpson@archcre.com; pkurzweil@archcre.com; Josh Biel <jbiel@archcre.com>; Oren Evenhar <oe@evenhar.net>; Y. David Scharf <dscharf@morrisoncohen.com>; jmargolis@morrisoncohen.com; Schwalb, Stephen <Stephen.Schwalb@nmrk.com>; Matthew Mannion <mdmannion@jpandr.com>; Rodriguez, Sandra M.

<SRodriguez@KelleyDrye.com>
**Subject:** Trawler/Arch/Penn Treaty Mezz Loan

Please see the attached letter.

Thank you.

Bob Hempstead
973-643-5689 (o)
201-306-0575 (c)

**From:** Robert Hempstead
**Sent:** Monday, April 17, 2023 10:07 AM
**To:** Michelle Miller <mmiller@archcre.com>; Jeffrey Gaskill <jgaskill@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; IbrahimD@gtlaw.com; jsimpson@archcre.com; pkurzweil@archcre.com; Josh Biel <jbiel@archcre.com>; Oren Evenhar <oe@evenhar.net>; Y. David Scharf <dscharf@morrisoncohen.com>
**Subject:** RE: Trawler/Arch/Penn Treaty Mezz Loan

Please see the attached letter.

Bob Hempstead
973-643-5689 (o)
201-306-0575 (c)

**From:** Robert Hempstead
**Sent:** Thursday, April 6, 2023 3:32 PM
**To:** Michelle Miller <mmiller@archcre.com>; Jeffrey Gaskill <jgaskill@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; IbrahimD@gtlaw.com; jsimpson@archcre.com; pkurzweil@archcre.com; Josh Biel <jbiel@archcre.com>; Oren Evenhar <oe@evenhar.net>; Y. David Scharf <dscharf@morrisoncohen.com>
**Subject:** Trawler/Arch/Penn Treaty Mezz Loan

Please see the attached letter.

**From:** Robert Hempstead
**Sent:** Friday, March 24, 2023 4:44 PM
**To:** Michelle Miller <mmiller@archcre.com>; Jeffrey

5

Gaskill <jgaskill@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; IbrahimD@gtlaw.com; jsimpson@archcre.com; pkurzweil@archcre.com; Josh Biel <jbiel@archcre.com>; Oren Evenhar <oe@evenhar.net>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

Please see the attached letter.

**From:** Robert Hempstead
**Sent:** Wednesday, March 15, 2023 9:50 PM
**To:** Michelle Miller <mmiller@archcre.com>; Jeffrey Gaskill <jgaskill@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; IbrahimD@gtlaw.com; jsimpson@archcre.com; pkurzweil@archcre.com; Josh Biel <jbiel@archcre.com>; Oren Evenhar <oe@evenhar.net>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

Please see the attached letter.

**From:** Michelle Miller <mmiller@archcre.com>
**Sent:** Thursday, January 5, 2023 9:33 PM
**To:** Jeffrey Gaskill <jgaskill@sillscummis.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

**\*\*\* External Email \*\*\***

Please see attached. Thank you

**MICHELLE MILLER**
Partner
—

6

**D** 646.854.8551 | **C** 908.342.2355
mmiller@archcre.com | archcorealestate.com
88 University Place, 11th Floor, New York, NY 10003

*PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*

---

**From:** Jeffrey Gaskill <jgaskill@sillscummis.com>
**Sent:** Thursday, January 5, 2023 4:14 PM
**To:** Michelle Miller <mmiller@archcre.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

Michelle – I believe we are still pending signature pages to the mezz amendment. Can you please advise as to status?

Thanks,
Jeff

---

**From:** Jeffrey Gaskill <jgaskill@sillscummis.com>
**Sent:** Tuesday, December 13, 2022 11:26 AM
**To:** Michelle Miller <mmiller@archcre.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

Hi Michelle – Just checking in on the below.

Thanks,
Jeff

---

**From:** Michelle Miller <mmiller@archcre.com>
**Sent:** Monday, December 5, 2022 5:16 PM
**To:** Jeffrey Gaskill <jgaskill@sillscummis.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

7

**\*\*\* External Email \*\*\***

Hi Jeff – I have some of the signatures. Just waiting on the last ones. Sorry for the delay. Thanks

**MICHELLE MILLER**
Partner
—
**D**  646.854.8551  |  **C**  908.342.2355
mmiller@archcre.com | archcorealestate.com
88 University Place, 11th Floor, New York, NY 10003

*PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*

**From:** Jeffrey Gaskill <jgaskill@sillscummis.com>
**Sent:** Monday, December 5, 2022 9:43 AM
**To:** Michelle Miller <mmiller@archcre.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

Hi Michelle – Just following up on the below. Can you please send us the borrower's signatures?

Thanks,
Jeff

**From:** Jeffrey Gaskill
**Sent:** Thursday, November 17, 2022 10:23 AM
**To:** Michelle Miller <mmiller@archcre.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

Hi Michelle – We just wanted to check in on the signatures to the mezz amendment.

Thanks,
Jeff

**From:** Michelle Miller <mmiller@archcre.com>
**Sent:** Wednesday, November 9, 2022 2:24 PM
**To:** Robert Hempstead <RHEMPSTEAD@sillscummis.com>; Jeffrey Gaskill <jgaskill@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

### *** External Email ***

Hi Bob,

The senior amendment has been executed. I'm just working on collecting signatures for the mezz. Will try to get you a timing update.

Thanks!

**MICHELLE MILLER**
Partner
—
**D**  646.854.8551  |  **C**  908.342.2355
mmiller@archcre.com | archcorealestate.com
88 University Place, 11th Floor, New York, NY 10003

*PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*

**From:** Robert Hempstead <RHEMPSTEAD@sillscummis.com>
**Sent:** Wednesday, November 9, 2022 10:16 AM
**To:** Jeffrey Gaskill <jgaskill@sillscummis.com>; Brian Ashin <BAshin@KSLAW.com>; Michelle Miller <mmiller@archcre.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

Just checking in. Has this been executed? And has the senior loan amendment been executed?

Please advise.

Thanks

9

Bob

**From:** Jeffrey Gaskill <jgaskill@sillscummis.com>
**Sent:** Monday, November 7, 2022 10:30 AM
**To:** Brian Ashin <BAshin@KSLAW.com>; Michelle Miller <mmiller@archcre.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

Thanks Brian – Attached is a PDF of the signature pages. Can you please have three sets executed and returned to my attention at the address below?

Jeff

**Jeffrey Gaskill**
Of Counsel

website | vCard | newsroom | email

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5511 | f (973) 643-6500 **map**

**From:** Brian Ashin <BAshin@KSLAW.com>
**Sent:** Monday, November 7, 2022 10:11 AM
**To:** Jeffrey Gaskill <jgaskill@sillscummis.com>; Michelle Miller <mmiller@archcre.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

**\*\*\* External Email \*\*\***

Jeff,

Thank you for providing the draft Amendment to the Mezz Loan Agreement. We believe this document is in final form. Can you please provide us with signature pages? We are going to chase down signatories to get this signed up in short order.

Regards,
Brian

**Brian E. Ashin**
*Partner*

T: +1 202 626 2380 | M: +1 202 255 9933 | E: bashin@kslaw.com

kslaw.com

---

**From:** Jeffrey Gaskill <jgaskill@sillscummis.com>
**Sent:** Friday, November 4, 2022 2:21 PM
**To:** Michelle Miller <mmiller@archcre.com>; Brian Ashin <BAshin@KSLAW.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**

Hi Michelle – Oren and John are guarantors on the mezz loan to the extent any guaranteed obligations are caused by events occurring prior to October 15, 2020.

Jeff

---

**From:** Michelle Miller <mmiller@archcre.com>
**Sent:** Friday, November 4, 2022 1:57 PM
**To:** Jeffrey Gaskill <jgaskill@sillscummis.com>; bashin@kslaw.com
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>
**Subject:** RE: Penn Treaty - Amendment to Mezz Loan Agreement

**\*\*\* External Email \*\*\***

Thanks Jeff! Why have Oren Evan-Har and John Damascus been added signatories?

**MICHELLE MILLER**
Partner
—
**D** 646.854.8551 | **C** 908.342.2355
mmiller@archcre.com | archcorealestate.com
88 University Place, 11th Floor, New York, NY 10003

11

PLEASE NOTE THAT OUR ADDRESS HAS CHANGED

**From:** Jeffrey Gaskill <jgaskill@sillscummis.com>
**Sent:** Friday, November 4, 2022 11:28 AM
**To:** bashin@kslaw.com; Michelle Miller <mmiller@archcre.com>
**Cc:** SHauck@KelleyDrye.com; Rich Spinelli <rspinelli@trawlercap.com>; Joseph Laderer <jladerer@trawlercap.com>; Robert Hempstead <RHEMPSTEAD@sillscummis.com>
**Subject:** Penn Treaty - Amendment to Mezz Loan Agreement

All,

Please see attached for a draft of the Amendment to the Mezz Loan Agreement, along with a redline against the mortgage loan amendment.

Please note that this is subject to mezz lender's review and approval.

Please let me know if you have any questions.

Thanks,
Jeff

**Jeffrey Gaskill**
Of Counsel

**website | vCard | newsroom | email**

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5511 | f (973) 643-6500 **map**

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise

legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.