# EXHIBIT 11

| | |
|---|---|
| **From:** | Bottini, Aishlinn |
| **To:** | Bottini, Aishlinn |
| **Subject:** | FW: Limited Liability Company Operating Agreement of JJ Arch LLC/Cause Event Notice |
| **Date:** | Sunday, August 6, 2023 8:16:25 PM |
| **Attachments:** | image001.png<br>Notice JJ Arch.pdf |

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Sunday, August 6, 2023 4:30 PM
**To:** Jared Chassen <jchassen@archcre.com>
**Cc:** Lavender, Brad <Brad.Lavender@haynesboone.com>; DHeymann@meltzerlippe.com; Len Breslow <LBreslow@breslowwalker.com>; Kevin Wiener <kwiener@35oak.com>; Michael Wiener <MWiener@35oak.com>; Thorne, Leslie <Leslie.Thorne@haynesboone.com>; Silberstein, Andrew <Andrew.Silberstein@haynesboone.com>
**Subject:** Re: Limited Liability Company Operating Agreement of JJ Arch LLC/Cause Event Notice

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

How convenient that a second non-manager sends a letter out minutes after the first, good attempt to try and deflect your non compliance and collusive efforts.

I will run the business that I am authorized to run, and you will all stand down. If you feel differently, you can go to court and pursue injunctive relief.   That's how it works in New York State, you all know that.  If you need the authorities to tell you that, no problem. We will have all the documents ready to go at the open of business tomorrow to show the police if you try to continue your coup.

Further attempts to sabotage this will be part of the claim that you will undertake and further deteriorate the business that we built.

My email will need to be restored immediately.  Just so you know, Jared does not even have the authority to engage in the IT agreement so I guess we will be in court in the morning to deal with this if it's not resolved, immediately.   You guys are really playing with fire.

PS - I don't need a cause to remove Jared, I have the authority give him zero at any time, read the documents.  He has no substantial control - never did,  never will, and isn't competent to.

JEFFREY SIMPSON
Managing Partner | Arch Companies
D 646.854.6810 | C 646.753.2872

jsimpson@archcre.com | archcorealestate.com
88 University Place, 11th Floor, New York, NY 10003

Sent from my iPhone

Jeffrey Simpson

Sent from my iPhone

> On Aug 6, 2023, at 4:59 PM, Jared Chassen <jchassen@archcre.com> wrote:
>
> Re:     Limited Liability Company Operating Agreement of JJ Arch LLC (as amended, modified and restated from time to time, the "**LLC Agreement**")
>
> Ladies and Gentlemen:
>
> Please see the attached Cause Event notice, which I am sending under the LLC Agreement on behalf of JJ Arch LLC
>
> Thank you,
>
>
> **JARED CHASSEN**
> Partner
> —
> **D** 646.854.1947 | **C** 646.634.9955
> jchassen@archcre.com | archcorealestate.com
> 88 University Place, 2nd Floor, New York, NY 10003
>
> *PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*
>
>